AARON D. FORD
Attorney General
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants*
*Paul Malay and Craig Molnar*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIANNE BARBEE<br>Plaintiff,<br>v.<br>PAUL MALAY, et al.,<br>Defendants. | Case No. 2:24-cv-01921-GMN-EJY<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DISPOSITIVE MOTION DEADLINE** |

Plaintiff, Tianne Barbee, *pro se*, and Defendants Paul Malay and Craig Molnar, by and through counsel, Aaron D. Ford, Nevada Attorney General, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby respectfully submit the following Stipulation to extend dispositive deadlines.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. PROCEDURAL HISTORY**

This is a *pro se* civil rights lawsuit under 42 U.S.C. § 1983 brought by Tianne Barbee (Barbee).

On January 5, 2026, the Court issued a screening order setting the deadline for dispositive motions as August 5, 2026. Parties held a meet and confer on August 3, 2026 ,and discussed the upcoming dispositive deadlines and a potential settlement. Parties agreed to a thirty-day extension of the dispositive motion deadline.

///

## IV. PROPOSED DEADLINE

- Current Dispositive Motion Deadline: August 5, 2026.
- Proposed Dispositive Motion Deadline: September 5, 2026

DATED this 5th day of August, 2026.

By: [signature] 86949
**TIANNE BARBEE, #86949**
*Plaintiff, Pro Se*

DATED this 5th day of August, 2026.

By: /s/ John Regalia
**JOHN REGALIA (Bar No. 16969)**
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

**IT IS HEREBY ORDERED** that the deadline for dispositive motions in this case is extended to September 5, 2026.

**DATED** this 6 day of August, 2026.

[signature]
Gloria M. Navarro, District Judge
United States District Court